PT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj 1013 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 08027298 |
| Alec Kilm | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/2/08__ the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____✓_____ Defendant released on $ __50,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by
                         Deputy Clerk

Received _____ DUSM

Crim-9    (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY